ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Advanced Technologies Group, Inc. | ) ASBCA Nos. 59986, 61092, 61693 |
| | )                61996 |
| | ) |
| Under Contract No. W911QX-06-C-0068 *et al.* | ) |

APPEARANCE FOR THE APPELLANT:          Mr. John Justak
                                                                      President

APPEARANCES FOR THE GOVERNMENT:     Samuel W. Morris, Esq.
                                                                      DCMA Chief Trial Attorney
                                                                   Joseph P. McCool, Esq.
                                                                      Trial Attorney
                                                                      Defense Contract Management Agency
                                                                      Philadelphia, PA

                                                                   Alexander M. Healy, Esq.
                                                                      Trial Attorney
                                                                      Defense Contract Management Agency
                                                                      Hanscom AFB, MA

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  September 2, 2025

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59986, 61092, 61693, 61996, Appeals of Advanced Technologies Group, Inc., rendered in conformance with the Board's Charter.

Dated: September 2, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals